UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LILIA BELKOVA,

    Appellant,

v.                                             Case No: 5:16-cv-295-Oc-30

DEER RUN PROPERTY OWNERS'
ASSOCIATION,

    Appellee.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order (Doc. 9) was entered on October 26, 2016, that directed Appellant to file a brief within fourteen days or this appeal would be dismissed without further notice for failure to prosecute. A review of the docket reveals that Appellant failed to file a brief. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record